# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES SPEARS

NO. 2019 KW 1608

JAN 0 7 2020

---

In Re:   Charles Spears, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 41918.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND THERIOT, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the "Motion to Reconsider As Proper Procedural Devices For Challenging the Constitutionality of a Statute" to the district court for its consideration. The original of the writ application will be forwarded to the district court clerk of court.

**VGW**
**JMG**

**Theriot, J.,** dissents and would deny the writ application. The Clerk of Court of Tangipahoa Parish has no record of receiving a "Motion to Reconsider As Proper Procedural Devices For Challenging the Constitutionality of a Statute" (allegedly filed in October 2019). Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT